UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Lawrence Merrill and Caroline Merrill  Case No. 09-12012-JMD
             Debtors                         Chapter 13

## Affidavit of Debtor Regarding Domestic Support Obligations and Domicile, Equity, and Litigation Status at the time of Confirmation of the Plan

I, Lawrence Merrill and I, Caroline Merrill Debtors in the above-cited case, being duly sworn, do solemnly swear on our oaths and make the following statements at the time of the Confirmation of the Plan:

## REGARDING DOMESTIC SUPPORT:

EITHER:

✓ To the best of my knowledge and belief, I am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

___ I am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient:  _____

_____

_____

Current Status of Obligation:  _____

***INCLUDE ALL SUCH OBLIGATIONS***

_____
Lawrence Merrill

1

EITHER:

✓ To the best of my knowledge and belief, I am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

___ I am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient: _____

Current Status of Obligation: _____

***INCLUDE ALL SUCH OBLIGATIONS***

*Caroline Merrill* (signature)
Caroline Merrill

## **REGARDING MY DOMICILE:**

✓ We have been continuously domiciled in the State of New Hampshire for at least 730 days (approximately two years) pre-petition
**OR**
___ We have not been continuously domiciled in the State of New Hampshire for the last 730 days (approximately two years); for the majority of the 180 days prior to that date we were domiciled as follows:

_____

### **REFERENCING SECTION 522 (o):**
Regarding payments made on the mortgage on our homestead, over the ten year period pre-petition, not counting the regularly required payments, we
___ HAVE
✓ HAVE NOT
paid **EXTRA** mortgage payments totaling more than $10,000.


### **REFERENCING SECTION 522 (p):**
Regarding our homestead real estate, the date of acquisition of my/our interest was:
　　Date of acquisition: _8/98_
　　We own no homestead real estate: ___

2

# REGARDING OTHER MATTERS:

To the best of my knowledge and belief:

I HAVE___ or HAVE NOT _✓_ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my sentence.

I DO___ or DO NOT _✓_ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

___ I have been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

*Lawrence Merrill*
Lawrence Merrill

To the best of my knowledge and belief:

I HAVE___ or HAVE NOT _✓_ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my sentence.

I DO___ or DO NOT _✓_ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

___ I have been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

*Caroline Merrill*
Caroline Merrill

On this the 20th day of July, 2009, before me, personally appeared Lawrence Merrill and Caroline Merrill satisfactorily proven to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same voluntarily and for the purposes therein contained.

Before me,

_____
Justice of the Peace/Notary Public

I hereby certify that a copy of this affidavit has been sent to the above named Domestic Support Obligee and/or agency, if applicable.

/s/ Lawrence P. Sumski
Lawrence P. Sumski

3