UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re: Lawrence Merrill and Caroline Merrill  Case No. 09-12012-JMD
　　　　　　　　　　　　　　Debtors　　　　　　　　　　　　Chapter 13

## Findings from First Meeting of Creditors

On July 20, 2009, the Debtors:　　　　　　　　　　　Counsel for the Debtors:
X　appeared and were sworn　　　　　　　　　　　X　appeared
__　did not appear at the first meeting of creditors　__　did not appear

The following parties in interest appeared: None

The meeting was continued until N/A

The first plan payment was due on June 29, 2009 and has been made.

__　Business Reports requirements　　　　　　　　X　Payment advices received by the
　　sent to Debtor, if applicable　　　　　　　　　　　Debtor over the 60 days pre-petition
　　　　　　　　　　　　　　　　　　　　　　　　　　have been provided to the undersigned

X　Pre-bankruptcy federal tax returns for　　　　　__　The following tax returns remain unfiled:
　　the four years pre-petition were represented　　　_____
　　to have been filed with the appropriate tax　　　_____
　　authorities, and copies of the most recently　　　_____
　　due returns were provided to the undersigned
　　at least seven days prior to the first scheduled
　　341 hearing.　　　　　　　　　　　　　　　　X　The meeting was adjourned

X　All Requested bank account statements
　　provided

X　Affidavit of Debtors regarding Domestic Support
　　Obligation and Domicile, Equity, and Litigation
　　Status has been completed.

　　The Confirmation hearing is scheduled
　　for August 13, 2009 at 9:00 A.M.


## Trustee's Report and Recommendations

X　The Trustee believes that all requirements　　　__　The Trustee does not recommend confirmation
　　for relief under Chapter 13 have been met　　　　　because: _____
　　and the Trustee will recommend confirmation.　　　_____


　　　　　　　　　　　　　　　　　　　　　　　　__　The Trustee intends to file a motion to
　　　　　　　　　　　　　　　　　　　　　　　　　　dismiss the case.


Date: July 27, 2009　　　　　　　　　　　　　　/s/ Lawrence P. Sumski
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence P. Sumski
　　　　　　　　　　　　　　　　　　　　　　　　Trustee