**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re: Lawrence D. Merrill and Caroline K. Merrill
Debtor(s)
Case No: 09−12012−JMD
Chapter: 13

## NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

Pursuant to Rule 3001(e), Fed. R. Bankr. P., you are hereby put on notice that there has been filed a transfer/assignment of claim # **15** in the sum of $ **24471.69.**

If no objections are filed on or before **2/16/10**, the transferee will be substituted as the original claimant without further order of the court.

**Name and Address of Transferor:**
FIA Card Services c/o BLine
POB 91121
Seattle WA 98111−9221

**Name and Address of Transferee:**
CR Evergreen
MS 550, POS 91121
Seattle WA 98111−9221

Dated 1/25/10, at Manchester, New Hampshire.

For the Court
George A. Vannah, Clerk
BY: /s/ Dori Sommer
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: dcs              Page 1 of 1              Date Rcvd: Jan 25, 2010
Case: 09-12012                Form ID: 174           Total Noticed: 3
```

The following entities were noticed by first class mail on Jan 27, 2010.
```
db/jdb     +Lawrence D. Merrill,   Caroline K. Merrill,   154 South Rd.,   North Hampton, NH  03862-2008
cr          CR Evergreen, LLC,   MS 550,   PO Box 91121,   SEATTLE, WA  98111-9221
            FIA Card Services c/o BLine,   POB 91121,   Seattle, WA  98111-9221
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2010**                    Signature:    *Joseph Speetjens*