UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

In Re:
Lawrence D. and Caroline K. Merrill,                      Chapter 13
                                    Debtors                Bk. No. 09-12012-JMD

_____

Lawrence D. and Caroline K. Merrill                      **Hearing Date:  April 2, 2010**
            v.                                           **Hearing Time:  9:00 a.m.**
CitiMortgage, Inc. s/b/m to
ABN AMRO Mortgage Group, Inc.

and
Lawrence J. Sumski,
                        Trustee
_____


## NOTICE OF HEARING

Please take notice that a hearing will be held:

DATE:  **APRIL 2, 2010**

TIME:    **9:00 A.M.**

LOCATION:  Bankruptcy Courtroom 2, 1000 Elm Street, 11th Floor, Manchester, New
Hampshire

To consider and act upon the following:

Objection to Proof of Claim Number 8 filed by CitiMortgage, Inc.


                                        Respectfully submitted,
                                        LAWRENCE D. AND CAROLINE K. MERRILL
                                        By and Through Their Attorneys,
                                        MICHELS & MICHELS

Dated:  March 2, 2010          By: /s/ Nancy H. Michels
                                        Nancy H. Michels, BNH# 01325
                                        25 Nashua Road, PO Box 980
                                        Londonderry, NH 03053-0980
                                        (603) 434-1717

## CERTIFICATE OF SERVICE

I, Nancy H. Michels, at Michels & Michels, PO Box 980, Londonderry, New Hampshire 03053-0980, certify:

Under penalty of perjury, I certify that I am over the age of eighteen (18) years and that a true and correct copy of the NOTICE OF HEARING has been electronically forwarded on this 2nd day of March, 2010 to the following:

Jason J. Giguere, Esquire, Attorney for CitiMortgage, Inc.
Office of the U.S. Trustee
Lawrence P. Sumski, Trustee
Linh Kiet Tran
All others receiving electronic filing

AND

Has been forwarded this 2nd day of March 2010, by first class mail, postage prepaid, to the following:

> CitiMortgage, Inc.
> PO Box 790014
> Ballwin, MO 63011
>
> Lawrence D. and Caroline K. Merrill
> 154 South Rd.
> North Hampton, NH 03862

/s/ Nancy H. Michels
Nancy H. Michels, Esquire