UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Lawrence & Caroline Merrill   Case No. 09-12012-JMD
                Debtors   Chapter 13

**ORDER ALLOWING CLAIMS**

Upon consideration of the Motion to Allow Claims, the motion is GRANTED and distributions shall be made and claims allowed as on the following list.

| | | | |
|---|---|---|---|
| I. | Total Proposed Payments from Debtors: | | $33,600.00 |
| | **Distributions Under the Plan:** | | |
| II. | Trustee's Fees (10% of total) | | (3,360.00) |
| III. | Secured and Secured Arrearage Claims | | |
| | 8. ~~CitiMortgage, Inc.~~ | ~~17,232..00~~ | |
| | **~~TOTAL SECURED AND SECURED ARREARAGE CLAIMS:~~** | | **~~(17,232.00)~~** |
| IV. | Modified Secured Claims: | | |
| | N/A | 0.00 | |
| | **TOTAL MODIFIED CLAIMS:** | | **(0.00)** |
| V. | Priority and Administrative Claims: | | |
| | N/A | 0.00 | |
| | **TOTAL PRIORITY CLAIMS:** | | **(0.00)** |
| VI. | General Unsecured Claims: | | |
| | 1. Discover Bank | 7,655.00 | |
| | 2. Hometown Oil | 429.00 | |
| | 3. Becket and Lee LLP | 14,859.00 | |
| | 4. Becket and Lee LLP | 35,914.00 | |
| | 5. Becket and Lee LLP | 2,192.00 | |
| | 6. Capital One Bank | 1,392.00 | |
| | 7. PRA Receivables Management | 3,043.00 | |
| | 9. eCast Settlement Corporation | 8,685.00 | |
| | 10. eCast Settlement Corporation | 7,074.00 | |
| | 11. eCast Settlement Corporation | 27,228.00 | |
| | 12. PRA Receivables Management | 3,911.00 | |
| | 13. PRA Receivables Management | 8,600.00 | |
| | 15. CR Evergreen, LLC | 24,472.00 | |
| | **TOTAL UNSECURED CLAIMS:** | | **145,454.00** |

Estimated Total Remainder for
Unsecured Claimants            $ 13,008.00
(**9%** to be disbursed to unsecured claimants)

Dated: March 8, 2010            /s/  J. Michael Deasy
                                _____
                                Bankruptcy Judge