UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Lawrence & Caroline Merrill      Case No. 09-12012-JMD
                    Debtors             Chapter 13

**ORDER ALLOWING CLAIMS**

Upon consideration of the Motion to Allow Claims, the motion is GRANTED and distributions shall be made and claims allowed as on the following list.

| | | | |
|---|---|---|---|
| I. | Total Proposed Payments from Debtors: | | $33,600.00 |
| | **Distributions Under the Plan:** | | |
| II. | Trustee's Fees (10% of total) | | (3,360.00) |
| III. | Secured and Secured Arrearage Claims | | |
| | ~~8. CitiMortgage, Inc.~~ | ~~17,232..00~~ | |
| | **~~TOTAL SECURED AND SECURED ARREARAGE CLAIMS:~~** | | **~~(17,232.00)~~** |
| IV. | Modified Secured Claims: | | |
| | N/A | 0.00 | |
| | **TOTAL MODIFIED CLAIMS:** | | **(0.00)** |
| V. | Priority and Administrative Claims: | | |
| | N/A | 0.00 | |
| | **TOTAL PRIORITY CLAIMS:** | | **(0.00)** |
| VI. | General Unsecured Claims: | | |
| | 1. Discover Bank | 7,655.00 | |
| | 2. Hometown Oil | 429.00 | |
| | 3. Becket and Lee LLP | 14,859.00 | |
| | 4. Becket and Lee LLP | 35,914.00 | |
| | 5. Becket and Lee LLP | 2,192.00 | |
| | 6. Capital One Bank | 1,392.00 | |
| | 7. PRA Receivables Management | 3,043.00 | |
| | 9. eCast Settlement Corporation | 8,685.00 | |
| | 10. eCast Settlement Corporation | 7,074.00 | |
| | 11. eCast Settlement Corporation | 27,228.00 | |
| | 12. PRA Receivables Management | 3,911.00 | |
| | 13. PRA Receivables Management | 8,600.00 | |
| | 15. CR Evergreen, LLC | 24,472.00 | |
| | **TOTAL UNSECURED CLAIMS:** | | **145,454.00** |
| | Estimated Total Remainder for Unsecured Claimants | $ 13,008.00 | |
| | (9**%** to be disbursed to unsecured claimants) | | |

Dated: March 8, 2010                /s/ J. Michael Deasy
                                    _____
                                    Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: cmw                Page 1 of 1              Date Rcvd: Mar 08, 2010
Case: 09-12012                Form ID: pdf906          Total Noticed: 25
```

The following entities were noticed by first class mail on Mar 10, 2010.
```
db/jdb      +Lawrence D. Merrill,   Caroline K. Merrill,   154 South Rd.,   North Hampton, NH 03862-2008
2002545      American Express,   PO Box 2855,   New York, NY 10116-2855
2026108      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
2002547      Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
2002546      Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
2032683     +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
              NORCROSS, GA 30091-5155
2107272      CR Evergreen, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
2002548      Capital One Bank,   PO Box 30285,   Salt Lake City, UT 84130-0285
2002549      Chase Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
2002550      Citi Cards,   PO Box 44167,   Jacksonville, FL 32231-4167
2047604      CitiMortgage, Inc.,   P.O. Box 790014,   Ballwin, MO 63011
2002551      Citimortgage, Inc.,   PO Box 689196,   Des Moines, IA 50368-9196
2060267      FIA Card Services NA aka Bank of America,   c/o B-Line,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
2057923     +FIA Card Services, N.A AKA Bank of America,   By PRA Receivables Management, LLC,   PO Box 12907,
              Norfolk VA 23541-0907
2002553      First Horizon Home Loans,   PO Box 31,   Memphis, TN 38101-0031
2058771      First Tennessee Bank National Association,   c/o Joshua R. Holden,   P.O. Box 2428,
              Knoxville, TN 37901-2428
2002554     +Hometown Oil,   Attn: Julienne Estes,   755 Banfield Rd.,   Portsmouth, NH 03801-5647
2002555     +Law Offices of Randall Pratt,   1 Cate St.,   Portsmouth, NH 03801-7108
2002556      NCO Financial Systems, Inc.,   PO Box 15773,   Wilmington, DE 19850-5773
2034515     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
              NORFOLK VA 23541-1067
2002557      Weltman, Weinberg & Reis,   PO Box 93596,   Cleveland, OH 44101-5596
2002558      Zwicker & Associates, PC,   80 Minutemand Rd.,   Andover, MA 01810-1008
2054418      eCAST Settlement Corporation assignee of Chase,   Bank USA NA,   POB 35480,
              Newark NJ 07193-5480
```
The following entities were noticed by electronic transmission on Mar 08, 2010.
```
2002552      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 08 2010 19:44:02     Discover Bank,   PO Box 8003,
              3311 Mill Meadow Dr.,   Hilliard, OH 43026
2020082      E-mail/PDF: rmscedi@recoverycorp.com Mar 08 2010 19:29:29
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                    **Signature:**    _Joseph Speetjens_