UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Lawrence D. and Caroline K. Merrill,　　　　　　　Bk. No. 09-12012-JMD
　　　　　　　Debtors　　　　　　　　　　　　　　Chapter 13

ORDER GRANTING EX PARTE MOTION TO WITHDRAW OBJECTION TO
CLAIM NUMBER 8 FILED BY CITIMORTGAGE, INC. AND CANCEL HEARING

　　　　The Ex Parte Motion to Withdraw Objection to Claim Number 8 filed by CitiMortgage, Inc. and Cancel Hearing filed by Debtors Lawrence D. and Caroline K. Merrill is hereby granted. The hearing scheduled for April 2, 2010 at 9:00 is hereby canceled.

ENTERED at Manchester, New Hampshire

Date: March 31, 2010　　　　　　　　　　/s/ J. Michael Deasy
　　　　　　　　　　　　　　　　　　　　J. Michael Deasy
　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge