**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Lawrence D. and Caroline K. Merrill,                    Bk. No. 09-12012-JMD

                    Debtors                                    Chapter 13


<u>ORDER GRANTING EX PARTE MOTION TO WITHDRAW OBJECTION TO
CLAIM NUMBER 8 FILED BY CITIMORTGAGE, INC. AND CANCEL HEARING</u>


      The Ex Parte Motion to Withdraw Objection to Claim Number 8 filed by
CitiMortgage, Inc. and Cancel Hearing filed by Debtors Lawrence D. and Caroline K.
Merrill is hereby granted.  The hearing scheduled for April 2, 2010 at 9:00 is hereby
canceled.


ENTERED at Manchester, New Hampshire

Date:  March 31, 2010                    /s/   J. Michael Deasy
                                               _____
                                               J. Michael Deasy
                                               Bankruptcy Judge

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 02, 2010.
db/jdb      +Lawrence D. Merrill,   Caroline K. Merrill,   154 South Rd.,   North Hampton, NH 03862-2008

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2010**                    **Signature:**