# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re: Lawrence D. Merrill and Caroline K. Merrill
Debtor(s)
Case No: 09−12012−JMD
Chapter: 13

## NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

Pursuant to Rule 3001(e), Fed. R. Bankr. P., you are hereby put on notice that there has been filed a transfer/assignment of claim # **6** in the sum of $ **1391.90.**

If no objections are filed on or before **5/3/10**, the transferee will be substituted as the original claimant without further order of the court.

**Name and Address of Transferor:**
Capital One Bank USA, NA
POB 5155
Norcorss, GA 30091

**Name and Address of Transferee:**
eCAST Settlement Corp.
POB 35480
Neward, NJ 07193−5480

Dated 4/9/10, at Manchester, New Hampshire.

For the Court
George A. Vannah, Clerk
BY: /s/ Celeste Wright
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: cmw              Page 1 of 1            Date Rcvd: Apr 09, 2010
Case: 09-12012                Form ID: 174           Total Noticed: 3
```

The following entities were noticed by first class mail on Apr 11, 2010.
db/jdb       +Lawrence D. Merrill,   Caroline K. Merrill,   154 South Rd.,   North Hampton, NH 03862-2008
             +Capital One Bank USA, NA,   POB 5155,   Norcross, GA 30091-5155
              eCAST Settlement Corp.,   POB 35480,   Newark, NJ  07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2010**                    Signature:  _Joseph Speetjens_