UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Lawrence & Caroline Merrill,
                    Debtors.

                              Case No. 09-12012-JMD
                              Chapter 13

**ORDER GRANTING MOTION TO MODIFY ORDER ALLOWING CLAIMS
DUE TO CHANGED CIRCUMSTANCES**

Upon consideration of the Motion to Modify Order Allowing Claims Due to Changed Circumstances, the motion is GRANTED and the amended claim #8 filed by CitiMortgage, Inc. in the amount of $20,205.00 is hereby allowed.

Dated: 5/17/10                    /s/ J. Michael Deasy
                              _____
                              J. Michael Deasy
                              Bankruptcy Judge