UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Lawrence & Caroline Merrill,
                Debtors.

                              Case No. 09-12012-JMD
                              Chapter 13

**ORDER GRANTING MOTION TO MODIFY ORDER ALLOWING CLAIMS
DUE TO CHANGED CIRCUMSTANCES**

Upon consideration of the Motion to Modify Order Allowing Claims Due to Changed Circumstances, the motion is GRANTED and the amended claim #8 filed by CitiMortgage, Inc. in the amount of $20,205.00 is hereby allowed.

Dated: 5/17/10                /s/ J. Michael Deasy
                              _____
                              J. Michael Deasy
                              Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: dcs                Page 1 of 1                Date Rcvd: May 17, 2010
Case: 09-12012                Form ID: pdf970         Total Noticed: 1
```

The following entities were noticed by first class mail on May 19, 2010.
db/jdb     +Lawrence D. Merrill,   Caroline K. Merrill,   154 South Rd.,   North Hampton, NH 03862-2008

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2010**                          **Signature:** _/s/ Joseph Speetjens_